UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY BENTON,

    Plaintiff,

  v.

SAN FRANCISCO SHERIFF'S DEPT., et al.,

    Defendants.

Case No. 23-cv-04838 BLF (PR)

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On January 18, 2024, the Court denied Plaintiff's motion for leave to proceed *in forma pauperis* because Plaintiff had not shown an adequate level of poverty: the last statement balance from his trust account was $2,755.59. Dkt. No. 6. Plaintiff was directed to pay the full filing fee no later than twenty-eight days from the date the order was filed, *i.e.*, no later than February 25, 2024, or face dismissal. *Id.* The deadline has passed, and Plaintiff has failed to pay the filing fee. Accordingly, this matter is **DISMISSED** for failure to pay the filing fee.

    **IT IS SO ORDERED.**

**Dated:** __February 29, 2024_____

                              BETH LABSON FREEMAN
                              United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.23\04838Benton_dism(fee)