UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BENTON,<br><br>        Plaintiff,<br><br>   v.<br><br>SAN FRANCISCO SHERIFF'S DEPT., et al.,<br><br>        Defendants. | Case No. 23-cv-04838 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action for failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __February 29, 2024____

                                              BETH LABSON FREEMAN
                                              United States District Judge

Judgment
PRO-SE\BLF\CR.23\04838Benton_judgment